## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAMEL KEVIN JONES,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 19-CV-6014** |
| | : | |
| **KYLE RUSSEL,** *et al.,* | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 28th day of May, 2020, upon consideration of Kamel Kevin Jones's

*pro se* Complaint (ECF No. 3), it is **ORDERED** that:

1.    All claims in Mr. Jones's Complaint concerning a post-arrest blood draw are

**DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as barred

by *Heck v. Humphrey*, 512 U.S. 477 (1994). The dismissal is without prejudice to Mr. Jones

filing a new case only in the event his underlying conviction is reversed, vacated, or otherwise

invalidated.

2.    All other claims in Mr. Jones's Complaint are **DISMISSED WITH**

**PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's

Memorandum.

3.    The Clerk of Court shall **CLOSE** this case for all purposes, including statistics.

**BY THE COURT:**

_____

**GENE E.K. PRATTER, J.**